**No. 39432.**—Protest 933304–G of J. Eisenberg & Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented it was found that the method of weighing used by the importer was conducive of more accurate results than that used by the United States weigher. It was held that duty should have been assessed on 11,593 pounds of rags rather than 11,826 pounds.

**No. 39433.**—Protests 748875–G, etc., of Wm. Hills, Jr., & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.

**No. 39434.**—Protests 674890–G, etc., of American Shipping Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.

**No. 39435.**—Protests 583510–G, etc., of Lekas & Drivas et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.

**No. 39436.**—Protests 939318–G, etc., of A. Bianco & Son et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

**No. 39437.**—Protests 840948–G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.